DICAM, INC., Plaintiff–Appellant,

v.

CELLCO PARTNERSHIP (Doing
Business as Verizon Wireless),
Defendant–Appellee,

and

AT&T Mobility LLC (Formerly known
as Cingular Wireless, LLC), Sprint
Spectrum, LP, and Nextel Operations,
Inc., Defendants–Appellees,

and

Personal Communications Devices,
LLC (Formerly known as Utstar-
com), Defendant–Appellee,

and

Palm, Inc., Defendant–Appellee.

No. 2011–1034.

United States Court of Appeals,
Federal Circuit.

May 16, 2011.

ON MOTION

ORDER

Upon consideration of the joint motion to voluntarily dismiss this appeal without prejudice.

It Is Ordered That:

(1) The motion is granted.

(2) All sides shall bear their own costs.